UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| James K. Benson ) | |
| Sherry A. Benson ) | |
| ) | |
| ) | Case No.  15-10762-M |
| Debtor(s). ) | Chapter 13 |

**MOTION FOR VOLUNTARY DISMISSAL,
AND
NOTICE OF OPPORTUNITY FOR HEARING (14 days)**

Comes now the Debtors and for their Motion for Voluntary Dismissal state:

1. Debtor(s) request a voluntary dismissal and that the Court issue an order of dismissal of the above styled bankruptcy as permitted by Chapter 13 Section 1307(b) of the U.S. Bankruptcy Code.

2. The debtors are no longer working and can't afford to remain in a chapter 13 bankruptcy.

3 The debtors have not incurred any post-petition debt.

4. The instant case is not a converted case.

WHEREFORE, the debtors respectfully request this Court grant their request for Dismissal of the above captioned case.

**NOTICE OF OPPORTUNITY FOR HEARING (14 days)**:  **Your rights may be affected.  You should read this document carefully and consult your attorney about your rights and the effect of this document.**  If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma, 74103, no later than 14 days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court.  If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.  The 14 day period includes the 3 days allowed for mailing provided by Rule 9006(f) Fed. R. Bankr. Proc.

2

Respectfully submitted:

                                                /s/ Anna Hanson_____
                                                Anna Hanson, OBA #30098
                                                4527 E. 91st St.
                                                Tulsa, OK 74137
                                                (918) 409-0634
                                                (918) 779-7054 (fax)
                                                anna@thehansonlawfirm.com
                                                Attorney for Debtor

I have reviewed the Motion For Voluntary Dismissal and state that it is true and correct.

                                                James K. Benson _____
                                                Debtor

                                                Sherry A. Benson _____
                                                Debtor